**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:04cr9-MHT |
| | ) | (WO) |
| DAVID DEJUAN WISE | ) | |

**ORDER**

By agreement of the government, defense counsel, and Probation on the record on May 14, 2019, it is ORDERED as follows:

(1) The revocation petition (doc. no. 416) is dismissed without prejudice.

(2) The conditions of home confinement and electronic monitoring are terminated.

(3) Defendant David DeJuan Wise is continued on supervised release.

DONE, this the 15th day of May, 2019.

                          /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**