IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:04cr9-MHT |
| | ) | (WO) |
| DAVID DEJUAN WISE | ) | |

ORDER

This case is before the court on defendant David DeJuan Wise's motion for early termination of supervised release.  Wise has completed almost four years of his eight-year term of supervised release without a violation, has had consistently negative drug screens, and regularly attends at mental-health treatment.  *See* Response to Order (doc. no. 457).  The probation officer and government initially opposed the motion to terminate because, in 2018, Wise was charged with a criminal offense while on supervised release and a revocation petition was filed.  However, in 2019, the revocation petition was dismissed per the agreement of the parties.  *See* Order (doc. no. 446).  Then, this year, the grand jury declined to indict Wise based on the 2018

accusation. The probation officer has since filed an updated response (doc. no. 457) describing Wise's compliance with the terms of supervised release and stating that he does not oppose the defendant's motion. In addition, the government has orally informed the court that it no longer opposes early termination.

Accordingly, it is ORDERED that:

(1) The motion for early termination of supervised release (doc. no. 450) is granted.

(2) Defendant David DeJuan Wise's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 14th day of October, 2020.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE